UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00126-EPG |
| Plaintiff, | ORDER UNSEALING COMPLAINT |
| v. | |
| CESAR ALEXANDER RINCON-CARDENAS, AKA CESAR RINCON AND CESAR ALEXANDER RINCON, | |
| Defendant. | |

Good cause due to the defendant; pending appearance and initial appearance on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint against Defendant Cesar Alexander RINCON-CARDENAS in the above-captioned case be unsealed.

IT IS SO ORDERED.

Dated:  **February 20, 2026**                    /s/ _Erica P. Grosjean_
                                                  UNITED STATES MAGISTRATE JUDGE