HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CESAR RINCON-CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR RINCON-CARDENAS,<br><br>Defendant. | Case No. 1:26-cr-00034-KES-EPG<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER<br><br>DATE:    May 6, 2026<br>TIME:       9:30 a.m.<br>JUDGE:  Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Cesar Rincon-Cardenas, that the status conference currently scheduled for May 13, 2026, may be vacated and a change of plea hearing date be set for May 6, 2026, at 9:30 a.m.

On April 8, 2026, this matter was set for a status conference hearing on May 13, 2026. *See* Dkt. #16. The parties have been engaged in plea negotiations and are in the process of finalizing a plea agreement. The parties anticipate filing a plea agreement in this matter prior to the May 6, 2026 hearing date requested herein. Accordingly, through this stipulation, the parties are requesting that the status conference set for May 13, 2026, be vacated, and that this matter be placed on calendar for change of plea on May 6, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff. This request is made with the intention of conserving time and resources for both the

parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties.

Time has previously been excluded under the Speedy Trial Act to the May 13, 2026 status conference. Nonetheless, the parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through May 6, 2026, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 30, 2026

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
CESAR RINCON-CARDENAS

ERIC GRANT
United States Attorney

Date: April 30, 2026

*/s/ Calvin Lee*
CALVIN LEE
Assistant United States Attorney
Attorney for Plaintiff

Rincon-Cardenas – Stipulation                    -2-

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference hearing as to Cesar Rincon-Cardenas currently set for Wednesday, May 13, 2026, at 1:00 p.m. before the Honorable Erica P. Grosjean be vacated, and that the matter be set for a change of plea hearing before the Honorable Kirk E. Sherriff on Wednesday, May 6, 2026, at 9:30 a.m.

**IT IS FURTHER ORDERED THAT** the period of time through May 6, 2026, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.


IT IS SO ORDERED.

Dated:    April 30, 2026

_____
UNITED STATES DISTRICT JUDGE

Rincon-Cardenas – Stipulation                    -3-