HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CESAR RINCON-CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-cr-00034-KES-EPG |
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING; ORDER |
| vs. | DATE:     June 4, 2026 |
| CESAR RINCON-CARDENAS, | TIME:     9:30 a.m. |
| Defendant. | JUDGE:  Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Cesar Rincon-Cardenas, that the sentencing hearing currently scheduled for August 3, 2026, may be advanced to June 4, 2026, at 9:30 a.m.

On May 6, 2026, Mr. Rincon-Cardenas entered a plea of guilty to the sole count in the Indictment. *See* Dkt. #21. Mr. Rincon-Cardenas entered his plea pursuant to a plea agreement. *See* Dkt. #5-6. At that time, sentencing was set for August 3, 2026, at 9:30 a.m. *See* Dkt. #21.

Subsequent to the change of plea hearing, counsel for Mr. Rincon-Cardenas contacted the Probation Office and the Probation Office agreed to expedite the Presentence Investigation Report (PSR) in this case. Accordingly, on May 14, 2026, the Probation Office submitted a draft PSR for the parties' consideration. Mr. Rincon-Cardenas and has no objections to the draft PSR. Likewise, counsel for the government has indicated that the government has no objections to the

draft PSR.

As a result, and in light of the fact that the parties have agreed to recommend a sentence of time-served at sentencing, the parties request that sentencing in this matter be advanced to June 4, 2026. This is date that is mutually agreeable for the parties and for probation. Since this matter is on for sentencing, no exclusion of time is necessary.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 15, 2026              /s/ Reed Grantham
                                REED GRANTHAM
                                Assistant Federal Defender
                                Attorney for Defendant
                                CESAR RINCON-CARDENAS


ERIC GRANT
United States Attorney

Date: May 15, 2026              /s/ Calvin Lee
                                CALVIN LEE
                                Assistant United States Attorney
                                Attorney for Plaintiff

### O R D E R

**IT IS HEREBY ORDERED** that the sentencing hearing as to Cesar Rincon-Cardenas currently set for Monday, August 3, 2026, at 9:30 a.m. be advanced to **Thursday, June 4, 2026, at 9:30 a.m.**

IT IS SO ORDERED.

Dated:   May 18, 2026            _____
                                UNITED STATES DISTRICT JUDGE