HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Federal  Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487. 5561

Attorney for Defendant
CESAR ALEXANDER RINCON-CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-cr-00034-KES-EPG-1 |
| Plaintiff, | ORDER FOR RELEASE |
| vs. | Judge: Hon. Kirk E. Sheriff |
| CESAR ALEXANDER RINCON-CARDENAS, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant CESAR ALEXANDER RINCON-CARDENAS (USM# 43730-512), having been sentenced on today's date to a term of time-served, shall be released from the custody of the United States Marshals forthwith. He is currently housed at the Taft Community Correctional Facility.

IT IS SO ORDERED.

Dated:    June 4, 2026    _____
UNITED STATES DISTRICT JUDGE